# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TROY J. DANIEL
ADC #169615                                                                                    PLAINTIFF

v.                                         3:20-cv-00207-JM-JJV

STATE OF ARKANSAS, *et al*.                                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Troy J. Daniel is confined in the Sharp County Detention Center ("SCDC").  On July 22, 2020, he filed a *pro se* Complaint alleging Defendants his constitutional rights as protected by 42 U.S.C. § 1983.  (Doc. No. 1.)  On July 27, 2020, I entered an Order giving Plaintiff thirty days to either pay the $400 filing fee in full or file an Application to Proceed *In Forma Pauperis*.  (Doc. No. 2.) And, I cautioned him that the failure to timely do so could result in dismissal without prejudice.  (*Id.*)   More than thirty days has passed, and Plaintiff has not complied with my Order.  And, because he has not maintained a current mailing address with the Clerk, it would be futile to give him an extension of time to do so.  (Doc. Nos. 3, 4, 5.)  Accordingly, I recommend this case be dismissed without prejudice due to lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 1st day of September 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE