**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

TROY J. DANIEL
ADC #169615                                                                                                PLAINTIFF

v.                                        3:20-cv-00207-JM-JJV

STATE OF ARKANSAS, *et al*.                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE